15839       SCOTT, LYNNETTE

| Earnings | Hours | Amount | Deductions | Amount | YTD Deduct | Contribution | YTD Gross |
|---|---|---|---|---|---|---|---|
| REG EARN | 1.00 | 2,392.62 | FICA | 137.90 | 2,947.00 | 137.90 | 51,008.93 |
| | | | MEDICARE | 32.25 | 689.28 | 32.25 | |
| | | | FED TAX | 177.82 | 3,800.60 | .00 | Current Earnings |
| | | | STATE TAX | 68.16 | 1,456.78 | .00 | |
| | | | LOCAL TAX | 22.20 | 474.50 | .00 | 2,392.62 |
| | | | UNEMP COMP | 1.44 | 30.62 | .00 | |
| | | | RETIREMENT | 179.45 | 3,825.69 | 799.85 | Direct Deposit Amt |
| | | | GTL | .00 | .00 | 3.91 | |
| | | | LST TAX | 2.00 | 42.00 | .00 | 1,594.21 |
| | | | CITADEL | 1,594.21 | 34,088.29 | .00 | |
| | | | AD&D BASIC | .00 | .00 | .58 | Pay Period |
| | 1.00 | 2,392.62 | DEN ADMIN | 11.85 | 248.85 | 62.19 | Ending |
| | | | PC320 | 125.69 | 2,590.35 | 659.88 | |
| Leave | Balance | Taken YTD | RX $10/$20 | 32.87 | 675.32 | 172.54 | 10/09/18 |
| SICK | 23.00 | .00 | DISAB BAS | .00 | .00 | 2.31 | Pay Date |
| PERSONAL | 2.50 | 1.00 | DISAB SUP4 | 4.79 | 99.16 | .00 | |
| VACATION | 9.00 | 7.00 | VIS ADMIN | 1.99 | 40.49 | 10.44 | 10/17/18 |
| | | | | | | | Stub No |
| | | | | | | | V46044479 |
| | | | Total | 2,392.62 | 51,008.93 | 1,881.85 | |

STATEMENT OF EARNINGS AND DEDUCTIONS -PLEASE DETACH AND KEEP FOR YOUR RECORDS

PAYROLL ACCOUNT  WEST CHESTER AREA SCHOOL DISTRICT       STUB DATE    STUB NO.
FULTON BANK          782 SPRINGDALE DRIVE                10/17/18    V46044479
ONE PENN SQUARE         EXTON, PA 19341
LANCASTER, PA 17602
60-142/313

DEPOSIT    910
TO THE
ACCOUNT   LYNNETTE SCOTT
OF        1110 BRINTON PLACE ROAD
          T51
          WEST CHESTER PA 19380

** NON-NEGOTIABLE **

WEST CHESTER AREA SCHOOL DISTRICT
782 SPRINGDALE DRIVE
EXTON, PA 19341

910

LYNNETTE SCOTT
1110 BRINTON PLACE ROAD
T51
WEST CHESTER PA 19380

15839        SCOTT, LYNNETTE

| Earnings | Hours | Amount | Deductions | Amount | YTD Deduct | Contribution | YTD Gross |
|---|---|---|---|---|---|---|---|
| REG EARN | 1.00 | 2,392.62 | FICA | 137.90 | 2,809.10 | 137.90 | 48,616.31 |
| | | | MEDICARE | 32.25 | 657.03 | 32.25 | |
| | | | FED TAX | 177.82 | 3,622.78 | .00 | Current Earnings |
| | | | STATE TAX | 68.16 | 1,388.62 | .00 | |
| | | | LOCAL TAX | 22.20 | 452.30 | .00 | 2,392.62 |
| | | | UNEMP COMP | 1.44 | 29.18 | .00 | |
| | | | RETIREMENT | 179.45 | 3,646.24 | 799.85 | Direct Deposit Amt |
| | | | GTL | .00 | .00 | 3.91 | |
| | | | LST TAX | 2.00 | 40.00 | .00 | 1,594.21 |
| | | | CITADEL | 1,594.21 | 32,494.08 | .00 | |
| | | | AD&D BASIC | .00 | .00 | .58 | Pay Period |
| | 1.00 | 2,392.62 | DEN ADMIN | 11.85 | 237.00 | 62.19 | Ending |
| | | | PC320 | 125.69 | 2,464.66 | 659.88 | |
| Leave | Balance | Taken YTD | RX $10/$20 | 32.87 | 642.45 | 172.54 | 09/25/18 |
| | | | DISAB BAS | .00 | .00 | 2.31 | |
| SICK | 23.00 | .00 | DISAB SUP4 | 4.79 | 94.37 | .00 | Pay Date |
| PERSONAL | 2.50 | 1.00 | VIS ADMIN | 1.99 | 38.50 | 10.44 | |
| VACATION | 10.00 | 6.00 | | | | | 10/03/18 |
| | | | | | | | Stub No |
| | | | | | | | V46043014 |
| | | | Total | 2,392.62 | 48,616.31 | 1,881.85 | |

STATEMENT OF EARNINGS AND DEDUCTIONS -PLEASE DETACH AND KEEP FOR YOUR RECORDS

PAYROLL ACCOUNT
FULTON BANK
ONE PENN SQUARE
LANCASTER, PA 17602
60-142/313

WEST CHESTER AREA SCHOOL DISTRICT
782 SPRINGDALE DRIVE
EXTON, PA 19341

STUB DATE        STUB NO.
10/03/18         V46043014

DEPOSIT TO THE ACCOUNT OF  910
LYNNETTE SCOTT
1110 BRINTON PLACE ROAD
T51
WEST CHESTER PA 19380

** NON-NEGOTIABLE **

WEST CHESTER AREA SCHOOL DISTRICT
782 SPRINGDALE DRIVE
EXTON, PA 19341

910

LYNNETTE SCOTT
1110 BRINTON PLACE ROAD
T51
WEST CHESTER PA 19380

| 15839 | SCOTT, LYNNETTE | | | | | | |
|---|---|---|---|---|---|---|---|
| Earnings | Hours | Amount | Deductions | Amount | YTD Deduct | Contribution | YTD Gross |
| REG EARN | 1.00 | 2,392.62 | FICA | 137.90 | 3,222.80 | 137.90 | 55,794.17 |
| | | | MEDICARE | 32.25 | 753.78 | 32.25 | |
| | | | FED TAX | 177.82 | 4,156.24 | .00 | Current Earnings |
| | | | STATE TAX | 68.16 | 1,593.10 | .00 | |
| | | | LOCAL TAX | 22.20 | 518.90 | .00 | 2,392.62 |
| | | | UNEMP COMP | 1.44 | 33.50 | .00 | |
| | | | RETIREMENT | 179.45 | 4,184.59 | 799.85 | Direct Deposit Amt |
| | | | GTL | .00 | .00 | 3.91 | |
| | | | LST TAX | 2.00 | 46.00 | .00 | 1,594.21 |
| | | | CITADEL | 1,594.21 | 37,276.71 | .00 | |
| | | | AD&D BASIC | .00 | .00 | .58 | Pay Period Ending |
| | 1.00 | 2,392.62 | DEN ADMIN | 11.85 | 272.55 | 62.19 | |
| | | | PC320 | 125.69 | 2,841.73 | 659.88 | |
| Leave | Balance | Taken YTD | RX $10/$20 | 32.87 | 741.06 | 172.54 | 11/06/18 |
| | | | DISAB BAS | .00 | .00 | 2.31 | |
| SICK | 23.00 | .00 | DISAB SUP4 | 4.79 | 108.74 | .00 | Pay Date |
| PERSONAL | 2.50 | 1.00 | VIS ADMIN | 1.99 | 44.47 | 10.44 | |
| VACATION | 9.00 | 7.00 | | | | | 11/14/18 |
| | | | | | | | Stub No |
| | | | | | | | V46047345 |
| | | | Total | 2,392.62 | 55,794.17 | 1,881.85 | |

STATEMENT OF EARNINGS AND DEDUCTIONS -PLEASE DETACH AND KEEP FOR YOUR RECORDS

PAYROLL ACCOUNT

FULTON BANK
ONE PENN SQUARE
LANCASTER, PA 17602
60-142/313

WEST CHESTER AREA SCHOOL DISTRICT
782 SPRINGDALE DRIVE
EXTON, PA 19341

STUB DATE   11/14/18
STUB NO.    V46047345

DEPOSIT TO THE ACCOUNT OF
910
LYNNETTE SCOTT
1110 BRINTON PLACE ROAD
T51
WEST CHESTER PA 19380

**\*\* NON-NEGOTIABLE \*\***

WEST CHESTER AREA SCHOOL DISTRICT
782 SPRINGDALE DRIVE
EXTON, PA 19341

910

LYNNETTE SCOTT
1110 BRINTON PLACE ROAD
T51
WEST CHESTER PA 19380