**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**IN RE: TROY & LYNNETE SCOTT**                          **CHAPTER 13**
                    **Debtor**

                                                         **BANKRUPTCY NO. 18-17056**

**CERTIFICATE OF SERVICE**

I, Gary E. Thompson, Esquire, hereby certify that I have served a copy of the FIRST Amended

Chapter 13 Plan on or about March 4, 2019 to the following:

United States Trustee
833 Chestnut Street
Philadelphia, PA 19106

Trustee William Miller
POB 40119
Philadelphia, PA 19106

All Creditors on Matrix

.

                                        _____
                                                    /S/
                                        GARY E. THOMPSON, ESQUIRE
                                        Attorney for Debtor.

        4/1/19