# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                      Chapter 13

                      Bankruptcy No. 18-17956-ELF

TROY D SCOTT
LYNETTE F SCOTT
1110 BRINTON PLACE ROAD
T 51
WEST CHESTER, PA 19380

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    TROY D SCOTT
    LYNETTE F SCOTT
    1110 BRINTON PLACE ROAD
    T 51
    WEST CHESTER, PA 19380

Counsel for debtor(s), by electronic notice only.

    GARY E THOMPSON
    150 E SWEDESFORD RD
    1ST FLOOR
    WAYNE, PA 19087-

                                                  /S/ William C. Miller

Date: 4/9/2019                              _____

                                                  William C. Miller, Esquire
                                                  Chapter 13 Standing Trustee