# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Troy D. Scott<br>Lynette F. Scott<br><br>            Debtor(s)<br><br>Ditech Financial LLC, its successors and/or assigns<br>                        Movant<br>            vs.<br><br>Troy D. Scott<br>Lynette F. Scott<br>            Debtor(s)<br><br>William C. Miller Esq.<br>            Trustee | CHAPTER 13<br><br><br><br>NO. 18-17956 ELF |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

   Kindly withdraw the Objection to Confirmation of Ditech Financial LLC, which was filed with the Court on or about **February 14, 2019, docket number 19**.

                                      Respectfully submitted,

                                By: **/s/ Kevin G. McDonald, Esquire**
                                    Kevin G. McDonald, Esquire
                                    KML Law Group, P.C.
                                    BNY Mellon Independence Center
                                    701 Market Street, Suite 5000
                                    Philadelphia, PA  19106
                                    215-627-1322
                                    Attorney for Movant/Applicant

April 30, 2019