# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**Troy & Lynette Scott** : CHAPTER 13
    **Debtors** : BANKRUPTCY NO. 18-17956

## ORDER TO ALLOW COUNSEL FEES

**AND NOW,** this 26th day of June, 2019, upon consideration of the foregoing Application and upon Notice, Opportunity for hearing and Certification of No Objection, counsel fees are allowed in the following amount:

    Counsel Fee:    $3000.00
    Total paid by Debtor(s):    $2000.00

$1000.00 to be paid in Plan to the extent provided for in the confirmed plan.

Date: 6/26/19

**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**