United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 18-17956-elf
Troy D. Scott                                                         Chapter 13
Lynette F. Scott
          Debtors

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: John              Page 1 of 1            Date Rcvd: Jun 27, 2019
                              Form ID: pdf900         Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 29, 2019.
db/jdb         +Troy D. Scott,    Lynette F. Scott,    1110 Brinton Place Road,    T 51,
                 West Chester, PA 19380-4242

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 28 2019 03:13:38      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
                                                                                              TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 29, 2019                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 27, 2019 at the address(es) listed below:
              GARY E. THOMPSON    on behalf of Debtor Troy D. Scott get24esq@aol.com
              GARY E. THOMPSON    on behalf of Joint Debtor Lynette F. Scott get24esq@aol.com
              KEVIN G. MCDONALD    on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
              MICHELLE JEANNE STRANEN    on behalf of Creditor    Brinton Woods Homeowners Association
               mstranen@marcushoffman.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                              TOTAL: 6

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **Troy & Lynette Scott** | : CHAPTER 13 |
| **Debtors** | : BANKRUPTCY NO. 18-17956 |

### ORDER TO ALLOW COUNSEL FEES

**AND NOW,** this 26th day of June, 2019, upon consideration of the foregoing Application and upon Notice, Opportunity for hearing and Certification of No Objection, counsel fees are allowed in the following amount:

> Counsel Fee:            $3000.00
> Total paid by Debtor(s):   $2000.00

$1000.00 to be paid in Plan to the extent provided for in the confirmed plan.

Date: 6/26/19

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**