UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

IN RE:                                                      **CASE NO.: 18-17956-elf**
                                                                                             **CHAPTER 13**

**Troy D. Scott,**
   **Debtor.**

**Lynette F. Scott,**
   **Joint Debtor.**

_____/

### REQUEST FOR SERVICE

**PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID & CRANE LLC**
**10700 ABBOTT'S BRIDGE ROAD, SUITE 170,**
**DULUTH, GA 30097**

                                        Robertson, Anschutz, Schneid & Crane LLC
                                        Authorized Agent for Secured Creditor
                                        10700 Abbott's Bridge Road, Suite 170,
                                        Duluth, GA 30097
                                        Telephone: 470-321-7112

                                By: /s/Erin Elam
                                        Erin Elam
                                        Email: eelam@rascrane.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on July 21, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

TROY D. SCOTT
LYNETTE F. SCOTT
1110 BRINTON PLACE ROAD
T 51
WEST CHESTER, PA 19380

And via electronic mail to:

GARY E. THOMPSON
150 E. SWEDESFORD ROAD  1ST FLOOR
WAYNE, PA 19087

WILLIAM C. MILLER, ESQ.
CHAPTER 13 TRUSTEE
P.O. BOX 1229
PHILADELPHIA, PA 19105

UNITED STATES TRUSTEE
200 CHESTNUT STREET
SUITE 502
PHILADELPHIA, PA 19106

                By: /s/Luwam Habtegabir
                Luwam Habtegabir
                Email: lhabtegabir@rascrane.com