## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA- PHILADELPHIA DIVISION

| | |
|---|---|
| In re:<br>**Troy D. Scott,**<br>    Debtor ,<br>**Lynette F. Scott,**<br>    Joint Debtor,<br>**NewRez LLC d/b/a Shellpoint Mortgage Servicing,**<br>    Movant,<br>v.<br>**Troy D. Scott,**<br>**Lynette F. Scott,**<br>    Debtor(s)/Respondent(s),<br>**William C. Miller, Esquire,**<br>    Trustee/Respondent. | **Bankruptcy No. 18-17956-elf**<br><br>**Chapter 13** |

## CERTIFICATE OF NO RESPONSE

The undersigned hereby certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion for Relief from Stay, filed at DOCKET NO.53, appears thereon. It is hereby respectfully requested that the Order attached to the Movant's Motion for Relief from the Automatic Stay be entered by the Court.

Gary E. Thompson
150 E. Swedesford Road, 1st Floor
Wayne, PA 19087

Troy D. Scott
1110 Brinton Place Road, T 51
West Chester, PA 19380

Lynette F. Scott
1110 Brinton Pplace Road, T 51
West Chester, PA 19380

William C. Miller, Esq.
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19105

United States Trustee
Office of the U.S. Trustee
200 Chestnut Street, Suite 502
Philadelphia, PA 19106

                                    By: /s/ Charles G. Wohlrab
                                    Charles G. Wohlrab
                                    Robertson, Anschutz, Schneid & Crane, LLC
                                    PA I.D 314532
                                    10700 Abbott's Bridge Rd., Suite 170

Duluth, GA 30097
Telephone: 973-575-0707
Facsimile: 973-404-8886
Email: cwohlrab@rascrane.com

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA- PHILADELPHIA DIVISION

| | |
|---|---|
| **In re:** <br> **Troy D. Scott,** <br>      Debtor , <br> **Lynette F. Scott,** <br>      Joint Debtor, <br> **NewRez LLC d/b/a Shellpoint Mortgage Servicing,** <br>      Movant, <br> **v.** <br> **Troy D. Scott,** <br> **Lynette F. Scott,** <br>      Debtor(s)/Respondent(s), <br> **William C. Miller, Esquire,** <br>      Trustee/Respondent. | **Bankruptcy No. 18-17956-elf** <br><br> **Chapter 13** |

**CERTIFICATE OF SERVICE OF THE CERTIFICATE OF NO RESPONSE TO NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING FOR MOTION OF RELIEF FROM THE AUTOMATIC STAY AND NOTICE OF MOTION**

I, the undersigned, certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 years of age, and that on July 30, 2020 I served copies of the Certificate Of No Response upon the parties in interest in this proceeding, by first class U.S. Mail, postage prepaid or electronic mail, at the following addresses:

Gary E. Thompson
150 E. Swedesford Road, 1st Floor
Wayne, PA 19087

Troy D. Scott
1110 Brinton Place Road, T 51
West Chester, PA 19380

Lynette F. Scott
1110 Brinton Pplace Road, T 51
West Chester, PA 19380

William C. Miller, Esq.
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19105

United States Trustee
Office of the U.S. Trustee
200 Chestnut Street, Suite 502
Philadelphia, PA 19106

                                                                By: /s/ Charles G. Wohlrab
                                                                Charles G. Wohlrab, Esq.