**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| | |
|---|---|
| **In re:** <br><br> **Troy D. Scott,** <br>    Debtor, <br> **Lynette F. Scott,** <br>    Joint Debtor, <br><br> **NewRez LLC d/b/a Shellpoint Mortgage Servicing,** <br><br>    Movant, <br> v. <br> **Troy D. Scott,** <br> **Lynette F. Scott,** <br>    Debtor(s)/Respondent(s), <br> **William C. Miller, Esquire,** <br>    Trustee/Respondent, | **Bankruptcy No. 18-17956-elf** <br><br> **Chapter 13** <br><br> **Hearing Date: August 4, 2020** <br> **Hearing Time: 9:30 a.m.** <br> **Location: 900 Market Street** <br> **Philadelphia, PA 19107** |

**ORDER OF COURT**

AND NOW, this 4th day of Aug. , 2020, upon consideration of NewRez LLC d/b/a Shellpoint Mortgage Servicing's Motion for Relief from Automatic Stay, pursuant to 11 U.S.C. § 362(d), a it is hereby

**ORDERED**, that the automatic stay provisions of Section 362 of the Bankruptcy Code are hereby **MODIFIED** with respect to NewRez LLC d/b/a Shellpoint Mortgage Servicing; and it is further

**ORDERED**, that NewRez LLC d/b/a Shellpoint Mortgage Servicing, its successors and/or assignees be entitled to proceed with its *in rem* state court remedies against the property located

at 51 Brinton Place Road, West Chester, Pennsylvania 19380, including without limitation a sheriff's sale of the property, and it is further

**ORDERED** that NewRez LLC d/b/a Shellpoint Mortgage Servicing's request to waive the 14-day stay period pursuant to Fed.R.Bankr.P. 4001(a)(3) is granted.

**Order entered by default.**

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**