United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                      Case No. 18-17956-elf
Troy D. Scott                                               Chapter 13
Lynette F. Scott
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Antoinett          Page 1 of 1          Date Rcvd: Aug 04, 2020
                             Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 06, 2020.
db/jdb          +Troy D. Scott,   Lynette F. Scott,   1110 Brinton Place Road,   T 51,
                 West Chester, PA 19380-4242

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                              TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 06, 2020                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 4, 2020 at the address(es) listed below:
          CHARLES GRIFFIN WOHLRAB    on behalf of Creditor   NewRez LLC d/b/a Shellpoint Mortgage Servicing
           cwohlrab@rascrane.com
          GARY E. THOMPSON    on behalf of Debtor Troy D. Scott get24esq@aol.com
          GARY E. THOMPSON    on behalf of Joint Debtor Lynette F. Scott get24esq@aol.com
          KEVIN G. MCDONALD    on behalf of Creditor   DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
          MICHELLE JEANNE STRANEN    on behalf of Creditor   Brinton Woods Homeowners Association
           mstranen@marcushoffman.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@phl3trustee.com,  philaecf@gmail.com
                                                                              TOTAL: 7

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| | |
|---|---|
| In re:<br><br>**Troy D. Scott,**<br><br>        **Debtor,**<br><br>**Lynette F. Scott,**<br><br>        **Joint Debtor,**<br><br><br>**NewRez LLC d/b/a Shellpoint Mortgage Servicing,**<br><br>        **Movant,**<br><br>v.<br><br>**Troy D. Scott,**<br><br>**Lynette F. Scott,**<br><br>        **Debtor(s)/Respondent(s),**<br><br>**William C. Miller, Esquire,**<br><br>        **Trustee/Respondent,** | **Bankruptcy No. 18-17956-elf**<br><br>**Chapter 13**<br><br>**Hearing Date: August 4, 2020**<br>**Hearing Time: 9:30 a.m.**<br>**Location: 900 Market Street**<br>**Philadelphia, PA 19107** |

**<u>ORDER OF COURT</u>**

        AND NOW, this  4th      day of    Aug. , 2020, upon consideration of NewRez LLC d/b/a

Shellpoint Mortgage Servicing's Motion for Relief from Automatic Stay, pursuant to 11 U.S.C. §

362(d), a it is hereby

        **ORDERED**, that the automatic stay provisions of Section 362 of the Bankruptcy

Code are hereby **MODIFIED** with respect to NewRez LLC d/b/a Shellpoint Mortgage

Servicing; and it is further

        **ORDERED**, that NewRez LLC d/b/a Shellpoint Mortgage Servicing, its successors and/or

assignees be entitled to proceed with its *in rem* state court remedies against the property located

- 1 -

at 51 Brinton Place Road, West Chester, Pennsylvania 19380, including without limitation a

sheriff's sale of the property, and it is further

**ORDERED** that NewRez LLC d/b/a Shellpoint Mortgage Servicing's request to waive the

14-day stay period pursuant to Fed.R.Bankr.P. 4001(a)(3) is granted.

**Order entered by default.**

_____

**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**

18-17956-elf
SCOTT, TROY; SCOTT, LYNNETTE
MFR