United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Troy D. Scott  
Lynette F. Scott  
    Debtors

Case No. 18-17956-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 2  
Date Rcvd: May 06, 2024      Form ID: 138OBJ      Total Noticed: 20

The following symbols are used throughout this certificate:  
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 08, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Troy D. Scott, Lynette F. Scott, 1110 Brinton Place Road, T 51, West Chester, PA 19380-4242 |
| 14239401 | + | Brinton Woods, 1225 Alma Road, Stre 100, Richardson, TX 75081-2297 |
| 14242642 | + | Brinton Woods Homeowners Association, c/o Marcus & Hoffman, PC, 326 West State Street, Media, PA 19063-3861 |
| 14244396 | + | DITECH FINANCIAL LLC, c/o KEVIN G. MCDONALD, KML LAW GROUP, P.C., 701 Market St. Suite 5000, Philadelphia, PA 19106-1541 |
| 14239403 | | Ditech Financial, POB 6172, Rapid City, SD 57709 |
| 14244347 | + | Ditech Financial LLC, c/o Kevin G. McDonald, Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, Pa 19106-1541 |
| 14270811 | | Ditech Financial LLC, P.O. Box 6154, Rapid City, SD 57709-6154 |
| 14239405 | + | West Goshen Township, Sewere & Refuse, 1025 Paoli Pike, West Chester, PA 19380-4641 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | May 06 2024 23:49:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 06 2024 23:49:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14744526 | ^ | MEBN | May 06 2024 23:36:03 | Barclays Mortgage Trust 2022-RPL1, c/o Gregory Funding LLC, PO Box 742334, Los Angeles, CA 90074-2334 |
| 14744320 | | Email/Text: amps@manleydeas.com | May 06 2024 23:49:00 | Barclays Mortgage Trust 2022-RPL1, c/o ADAM BRADLEY HALL, Manley Deas Kochalski, P.O. Box 165028, Columbus, OH 43216-5028 |
| 14744127 | | Email/Text: amps@manleydeas.com | May 06 2024 23:49:00 | Barclays Mortgage Trust 2022-RPL1, c/o Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH 43216-5028 |
| 14242910 | + | Email/Text: mstranen@marcushoffman.com | May 06 2024 23:49:36 | Brinton Woods Homeowners Association, c/o Michelle Stranen, Esq., Marcus & Hoffman, P.C., 326 West State Street, Media, PA 19063-3861 |
| 14251999 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 07 2024 00:04:51 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14239402 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 07 2024 00:04:51 | Capital One/HSBC, POB 30285, Salt Lake City, UT 84130-0285 |
| 14239404 | | Email/Text: sbse.cio.bnc.mail@irs.gov | May 06 2024 23:49:00 | IRS, Philadelphia, PA 19255 |
| 14522259 | + | Email/Text: mtgbk@shellpointmtg.com | May 06 2024 23:49:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, c/o Erin Elam, PO Box 10826, Greenville, SC 29603-0826 |

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: May 06, 2024 | Form ID: 138OBJ | Total Noticed: 20 |

| | | | | |
|---|---|---|---|---|
| 14440550 | | Email/Text: mtgbk@shellpointmtg.com | May 06 2024 23:49:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14521412 | + | Email/Text: RASEBN@raslg.com | May 06 2024 23:49:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, c/o CHARLES GRIFFIN WOHLRAB, Robertson, Anschutz, Schneid & Crane LLC, 10700 Abbotts Bridge Rd., Suite 170, Duluth, GA 30097-8461 |

TOTAL: 12

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 08, 2024            Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 6, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ADAM BRADLEY HALL | on behalf of Creditor Barclays Mortgage Trust 2022-RPL1 amps@manleydeas.com |
| GARY E. THOMPSON | on behalf of Debtor Troy D. Scott get24esq@aol.com |
| GARY E. THOMPSON | on behalf of Joint Debtor Lynette F. Scott get24esq@aol.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KEVIN G. MCDONALD | on behalf of Creditor DITECH FINANCIAL LLC bkgroup@kmllawgroup.com |
| MICHELLE J. CUNNINGHAM | on behalf of Creditor Brinton Woods Homeowners Association mcunningham@marcushoffman.com |
| MICHELLE L. MCGOWAN | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing mimcgowan@raslg.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 8

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Troy D. Scott and Lynette F. Scott
       Debtor(s)

Case No: 18−17956−pmm
Chapter: 13

___

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

      900 Market Street
      Suite 400
      Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 5/6/24